Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–24502–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bruce Allen Latshaw
406 Fairfield Way
Neptune, NJ 07753

Jennifer Sue Latshaw
406 Fairfield Way
Neptune, NJ 07753

Social Security No.:
xxx–xx–2722

xxx–xx–2267

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 11, 2018.

On December 12, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:             January 22, 2019
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 14, 2018
JAN: wdr

Jeanne Naughton
Clerk

```
Case 18-24502-MBK    Doc 38    Filed 12/16/18    Entered 12/17/18 00:35:12    Desc Imaged
                            Certificate of Notice    Page 2 of 3
```

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                       Case No. 18-24502-MBK
Bruce Allen Latshaw                                          Chapter 13
Jennifer Sue Latshaw
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Dec 14, 2018
                              Form ID: 185             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
```
db/jdb         +Bruce Allen Latshaw,    Jennifer Sue Latshaw,    406 Fairfield Way,    Neptune, NJ 07753-5821
cr             +AMERIHOME MORTGAGE COMPANY, LLC,    Phelan Hallinan &Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    : Mt. Laurel, NJ 08054-3437
517781379      +AMERIHOME MORTGAGE COMPANY, LLC,    Cenlar FSB,    425 Phillips blvd,    Ewing, NJ 08618-1430
517654604     #+AmeriHome Mortgage,    Attn: Bankruptcy,    21215 Burbank Blvd, 4th Floor,
                 Woodland Hills, CA 91367-7091
517716220      +Atlantic Medicine & Wellness,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
517654609      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517654610      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517781902      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517654612      +Citibank/Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517654611      +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517654613      +Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886-1359
517903458      +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
517654616      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517654617      +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
517654619      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
517693429      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
517912778      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
517912779      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
517654622      +Pressler Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517654625     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Unit,
                  P.O. Box 245,    Trenton, NJ 08695-0245)
517654624      +Santander Bank Na,    Po Box 12646,    Reading, PA 19612-2646
517654623      +Santander Bank Na,    Attn: Bankruptcy,    Po Box 12646,    Readiing, PA 19612-2646
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2018 00:00:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2018 00:00:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517654606      +E-mail/Text: bankruptcy@savit.com Dec 15 2018 00:01:24      Atlantic Medicine & Wellness,
                 c/o Savit Collection Agency,    PO Box 250,    East Brunswick, NJ 08816-0250
517654608       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 00:04:35      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517654607      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 00:05:13      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517699335       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 00:05:51
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517654615       E-mail/Text: mrdiscen@discover.com Dec 14 2018 23:59:40      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
517667523       E-mail/Text: mrdiscen@discover.com Dec 14 2018 23:59:40      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517654614      +E-mail/Text: mrdiscen@discover.com Dec 14 2018 23:59:40      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517751537      +E-mail/Text: bankruptcy@fult.com Dec 15 2018 00:01:33      FULTON BANK OF NEW JERSEY,
                 ONE PENN SQUARE,    LANCASTER, PA 17602-2853
517654618      +E-mail/Text: collectionbankruptcies.bancorp@53.com Dec 15 2018 00:01:03      Fifth Third Bank,
                 Attn: Bankruptcy Department,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
517654620      +E-mail/Text: bankruptcy@fult.com Dec 15 2018 00:01:33      Fulton Bank Of New J,    100 Park Ave,
                 Woodbury, NJ 08096-3513
517654621       E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 23:59:53      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517656504      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:05:06      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517654626      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:04:28      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517654627      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:05:44      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
517654629      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:04:28      Synchrony Bank/Amazon,
                 Po Box 965015,    Orlando, FL 32896-5015
517654628      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:05:45      Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517654630      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:05:45      Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517654631      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:04:28      Synchrony Bank/Gap,
                 Po Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0312-3         User: admin              Page 2 of 2              Date Rcvd: Dec 14, 2018
                             Form ID: 185             Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517654632       +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:05:07      Synchrony Bank/Walmart,
                 Po Box 965024,   Orlando, FL 32896-5024
517757426       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2018 00:06:02       Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517912000       +E-mail/Text: bankruptcydept@wyn.com Dec 15 2018 00:00:54      Wyndham Resort at Fairfield Glade,
                 109 Fairfield Blvd,   Crossville, TN 38558-6414
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517654605     ##+AmeriHome Mortgage,   21300 Victory Blvd Ste 2,   Woodland Hills, CA 91367-7728
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Craig Scott Keiser    on behalf of Creditor    AMERIHOME MORTGAGE COMPANY, LLC
               craig.keiser@phelanhallinan.com
              Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    Fifth Third Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    AMERIHOME MORTGAGE COMPANY, LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Bruce Allen Latshaw bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Jennifer Sue Latshaw bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 9
```