| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| William H. Oliver, Jr., Esq.<br>2240 State Highway 33, Suite 112, PO Box 667<br>Neptune, NJ 07753<br>bkwoliver@aol.com<br>732-988-1500/Fax 732-775-7404 | Order Filed on February 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BRUCE ALLEN LATSHAW and JENNIFER SUE LATSHAW,<br><br>                    Debtors | Case No.:  18-24502<br>Chapter:  13<br>Hearing Date:  n/a<br>Judge:  Michael B. Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: February 7, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____31_____ for a total of $_____431_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____550_____ per month for ___53___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-24502-MBK
Bruce Allen Latshaw                                                       Chapter 13
Jennifer Sue Latshaw
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 07, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2019.
db/jdb         +Bruce Allen Latshaw,    Jennifer Sue Latshaw,    406 Fairfield Way,    Neptune, NJ 07753-5821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Craig Scott Keiser    on behalf of Creditor    AMERIHOME MORTGAGE COMPANY, LLC
               craig.keiser@phelanhallinan.com
              Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill    Manzo    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    Fifth Third Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    MidFirst Bank ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Nicholas V. Rogers    on behalf of Creditor    AMERIHOME MORTGAGE COMPANY, LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Bruce Allen Latshaw bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Jennifer Sue Latshaw bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 10