UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on April 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bruce Allen Latshaw and Jennifer Sue Latshaw

Case No.: 18-24502

Hearing Date: 4/23/2019

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form: ☑ Followed    ☐ Modified

## ORDER DENYING MOTION

### FOR RELIEF FROM STAY re: 406 FAIRFIELD WAY, NEPTUNE, NJ 07753

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____February 28_____, 20 _19_ by _Lynn Therese Nolan_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*