UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-24502 |
| BRUCE ALLEN LATSHAW | Chapter: 13 |
| JENNIFER SUE LATSHAW, Debtors | Judge: Michael B. Kaplan |

### NOTICE OF PROPOSED PRIVATE SALE

Bruce Latshaw, Jennifer Latshaw, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:   Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on February 16, 2021 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, Trenton, New Jersey. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   406 Fairfield Way, Neptune, NJ 07753

Proposed Purchaser:   Adam & Kelly Cox

Sale price:   $425,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Nelson Realtors / Berkshire Hathaway / William H. Oliver, Jr. |
| Amount to be paid: | 2.5% of Sale Price / 2.5% of Sale Price / $2,500.00 |
| Services rendered: | Real Estate Broker/ Real Estate Broker/Attorney for Seller |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq of OLIVER & LEGG, LLC

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 18-24502-MBK

Bruce Allen Latshaw                                                                      Chapter 13

Jennifer Sue Latshaw

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Jan 25, 2021 | Form ID: pdf905 | Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++   Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce Allen Latshaw, Jennifer Sue Latshaw, 406 Fairfield Way, Neptune, NJ 07753-5821 |
| cr | + | AMERIHOME MORTGAGE COMPANY, LLC, Phelan Hallinan &Schmieg, PC, 400 Fellowship Road, Suite 100, : Mt. Laurel, NJ 08054-3437 |
| r | + | ERA American Towne Realty, Inc., 1848 Hooper Ave, Toms River, NJ 08753-8118 |
| r | + | Nelson Realtors, 2300 Highway 33, Neptune, NJ 07753-4362 |
| 517781379 | + | AMERIHOME MORTGAGE COMPANY, LLC, Cenlar FSB, 425 Phillips blvd, Ewing, NJ 08618-1430 |
| 517654605 | + | AmeriHome Mortgage, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 517716220 | + | Atlantic Medicine & Wellness, c/o Pressler, Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517781902 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517654612 | + | Citibank/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517654611 | + | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517654616 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 517654617 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 517654619 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 517693429 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 518007228 | ++++ | MIDFIRST BANK, GROSS POLOWY, LLC., 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, MidFirst Bank, Gross Polowy, LLC., 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 517912778 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517912779 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank Bankruptcy Department 73118-6051 |
| 517654622 | + | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517654625 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517654624 | + | Santander Bank Na, Po Box 12646, Reading, PA 19612-2646 |
| 517654623 | + | Santander Bank Na, Attn: Bankruptcy, Po Box 12646, Readiing, PA 19612-2646 |
| 517957931 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2021 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2021 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517654606 | + | Email/Text: bankruptcy@savit.com | Jan 25 2021 21:44:00 | Atlantic Medicine & Wellness, c/o Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |

Case 18-24502-MBK    Doc 92    Filed 01/27/21    Entered 01/28/21 00:19:38    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2021 | Form ID: pdf905 | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517654608 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 25 2021 22:50:30 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517654613 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 25 2021 21:41:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 517903458 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 25 2021 21:41:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 517654607 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 25 2021 22:55:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517699335 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 25 2021 22:46:55 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517654615 | | Email/Text: mrdiscen@discover.com | Jan 25 2021 21:42:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517667523 | | Email/Text: mrdiscen@discover.com | Jan 25 2021 21:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517654614 | + | Email/Text: mrdiscen@discover.com | Jan 25 2021 21:42:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517751537 | + | Email/Text: bankruptcy@fult.com | Jan 25 2021 21:44:00 | FULTON BANK OF NEW JERSEY, ONE PENN SQUARE, LANCASTER, PA 17602-2853 |
| 517654618 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 25 2021 21:44:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 517654620 | + | Email/Text: bankruptcy@fult.com | Jan 25 2021 21:44:00 | Fulton Bank Of New J, 100 Park Ave, Woodbury, NJ 08096-3513 |
| 517654621 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 25 2021 21:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517654609 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 25 2021 22:50:29 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517654610 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 25 2021 22:46:52 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517912779 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jan 25 2021 22:50:29 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517912778 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jan 25 2021 22:55:04 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517656504 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2021 22:50:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517654626 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2021 22:50:21 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517654627 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2021 22:46:46 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517654628 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2021 22:46:46 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517654629 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2021 22:46:46 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517654631 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2021 22:46:46 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 517654630 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2021 22:50:23 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517654632 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2021 22:50:22 | Synchrony Bank/Walmart, Po Box 965024, |

Case 18-24502-MBK    Doc 92    Filed 01/27/21    Entered 01/28/21 00:19:38    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2021 | Form ID: pdf905 | Total Noticed: 49 |

| 517757426 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | Orlando, FL 32896-5024 |
| | | Jan 25 2021 22:51:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517912000 | + Email/Text: bankruptcydept@wyn.com | Jan 25 2021 21:43:00 | Wyndham Resort at Fairfield Glade, 109 Fairfield Blvd, Crossville, TN 38558-6414 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517654604 | ##+ | AmeriHome Mortgage, Attn: Bankruptcy, 21215 Burbank Blvd, 4th Floor, Woodland Hills, CA 91367-7091 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor FULTON BANK OF NEW JERSEY bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Fifth Third Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com lnolan@grosspolowy.com |
| Ronald S. Gellert | on behalf of Creditor Citizens Bank N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Bruce Allen Latshaw courtdocs@oliverandlegg.com R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Joint Debtor Jennifer Sue Latshaw courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Jan 25, 2021 Form ID: pdf905 Total Noticed: 49
TOTAL: 10