Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24502−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bruce Allen Latshaw | Jennifer Sue Latshaw |
| 406 Fairfield Way | 406 Fairfield Way |
| Neptune, NJ 07753 | Neptune, NJ 07753 |

Social Security No.:
   xxx−xx−2722                                                        xxx−xx−2267

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 8, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 99 − 96
Order Granting Application to Employ Professional Berkshire, Hathaway & Roach as Real Estate Selling Broker (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/8/2021. (kmm)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 8, 2021
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-24502-MBK |
| Bruce Allen Latshaw | Chapter 13 |
| Jennifer Sue Latshaw | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 08, 2021 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

**Recip ID        Recipient Name and Address**
br              +  Berkshire Hathaway & Roach, 829 West Park Avenue, Ocean, NJ 07712-7205

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

**Name**                **Email Address**

Albert Russo
                        docs@russotrustee.com

Craig Scott Keiser
                        on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC craig.keiser@law.njoag.gov

Denise E. Carlon
                        on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jill Manzo
                        on behalf of Creditor FULTON BANK OF NEW JERSEY bankruptcy@fskslaw.com

Kevin Gordon McDonald
                        on behalf of Creditor Fifth Third Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Lynn Therese Nolan

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Feb 08, 2021     Form ID: orderntc     Total Noticed: 1

    on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Ronald S. Gellert
    on behalf of Creditor Citizens Bank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Debtor Bruce Allen Latshaw courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

William H. Oliver, Jr.
    on behalf of Joint Debtor Jennifer Sue Latshaw courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 10