Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24502−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bruce Allen Latshaw | Jennifer Sue Latshaw |
| 406 Fairfield Way | 406 Fairfield Way |
| Neptune, NJ 07753 | Neptune, NJ 07753 |

Social Security No.:
  xxx−xx−2722　　　　　　　　　　　　　　　　　　　xxx−xx−2267

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 6, 2019.

On February 22, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:　　　　　　　March 24, 2021
Time:　　　　　　　 10:00 AM
Location:　　　　　Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 23, 2021
JAN: wdr

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Bruce Allen Latshaw  
Jennifer Sue Latshaw  
    Debtors

Case No. 18-24502-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Feb 23, 2021      Form ID: 185      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce Allen Latshaw, Jennifer Sue Latshaw, 406 Fairfield Way, Neptune, NJ 07753-5821 |
| cr | + | AMERIHOME MORTGAGE COMPANY, LLC, Phelan Hallinan &Schmieg, PC, 400 Fellowship Road, Suite 100, : Mt. Laurel, NJ 08054-3437 |
| br | + | Berkshire Hathaway & Roach, 829 West Park Avenue, Ocean, NJ 07712-7205 |
| r | + | ERA American Towne Realty, Inc., 1848 Hooper Ave, Toms River, NJ 08753-8118 |
| r | + | Nelson Realtors, 2300 Highway 33, Neptune, NJ 07753-4362 |
| 517781379 | + | AMERIHOME MORTGAGE COMPANY, LLC, Cenlar FSB, 425 Phillips blvd, Ewing, NJ 08618-1430 |
| 517654605 | + | AmeriHome Mortgage, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 517716220 | + | Atlantic Medicine & Wellness, c/o Pressler, Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517781902 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517654612 | + | Citibank/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517654611 | + | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517654616 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 517654617 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 517654619 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 517693429 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 518007228 | ++++ | MIDFIRST BANK, GROSS POLOWY, LLC., 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, MidFirst Bank, Gross Polowy, LLC., 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 517654622 | + | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517654625 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517654624 | + | Santander Bank Na, Po Box 12646, Reading, PA 19612-2646 |
| 517654623 | + | Santander Bank Na, Attn: Bankruptcy, Po Box 12646, Readiing, PA 19612-2646 |
| 517957931 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517654606 | + | Email/Text: bankruptcy@savit.com | Feb 23 2021 21:06:00 | Atlantic Medicine & Wellness, c/o Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 517654608 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 23 2021 22:33:28 | Capital One, 15000 Capital One Dr, Richmond, |

Case 18-24502-MBK    Doc 113    Filed 02/25/21    Entered 02/26/21 00:19:51    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: 185 | Total Noticed: 50 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | VA 23238 |
| 517654613 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 23 2021 21:04:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 517903458 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 23 2021 21:04:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 517654607 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 23 2021 22:31:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517699335 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 23 2021 22:31:42 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517781902 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2021 22:35:23 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517654612 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2021 22:33:52 | Citibank/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517654611 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2021 22:33:52 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517654615 | | Email/Text: mrdiscen@discover.com | Feb 23 2021 21:04:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517667523 | | Email/Text: mrdiscen@discover.com | Feb 23 2021 21:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517654614 | + | Email/Text: mrdiscen@discover.com | Feb 23 2021 21:04:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517751537 | + | Email/Text: bankruptcy@fult.com | Feb 23 2021 21:06:00 | FULTON BANK OF NEW JERSEY, ONE PENN SQUARE, LANCASTER, PA 17602-2853 |
| 517654618 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 23 2021 21:06:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 517654620 | + | Email/Text: bankruptcy@fult.com | Feb 23 2021 21:06:00 | Fulton Bank Of New J, 100 Park Ave, Woodbury, NJ 08096-3513 |
| 517654621 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2021 21:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517654609 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 23 2021 22:31:41 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517654610 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 23 2021 22:33:26 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517912779 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 23 2021 22:35:14 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517912778 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 23 2021 22:31:41 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517656504 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 22:35:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517654626 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 22:35:09 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517654627 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 22:31:37 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517654628 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 22:33:21 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517654629 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 22:35:09 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |

Case 18-24502-MBK    Doc 113    Filed 02/25/21    Entered 02/26/21 00:19:51    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: 185 | Total Noticed: 50 |

| 517654631 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Feb 23 2021 22:31:37 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 517654630 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 23 2021 22:35:09 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517654632 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 23 2021 22:31:37 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517757426 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Feb 23 2021 22:31:56 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517912000 | + Email/Text: bankruptcydept@wyn.com | | |
| | | Feb 23 2021 21:06:00 | Wyndham Resort at Fairfield Glade, 109 Fairfield Blvd, Crossville, TN 38558-6414 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517654604 | ##+ | AmeriHome Mortgage, Attn: Bankruptcy, 21215 Burbank Blvd, 4th Floor, Woodland Hills, CA 91367-7091 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
                    docs@russotrustee.com

Craig Scott Keiser
                    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC craig.keiser@law.njoag.gov

Denise E. Carlon
                    on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jill Manzo
                    on behalf of Creditor FULTON BANK OF NEW JERSEY bankruptcy@fskslaw.com

Kevin Gordon McDonald
                    on behalf of Creditor Fifth Third Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Lynn Therese Nolan
                    on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Ronald S. Gellert
                    on behalf of Creditor Citizens Bank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

U.S. Trustee

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: 185 | Total Noticed: 50 |

                    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
                    on behalf of Debtor Bruce Allen Latshaw courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

William H. Oliver, Jr.
                    on behalf of Joint Debtor Jennifer Sue Latshaw courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 10