Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24502−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bruce Allen Latshaw                                       Jennifer Sue Latshaw
   360 Butterfly Rd                                            360 Butterfly Rd
   #10                                                         #10
   Jackson, NJ 08727                                    Jackson, NJ 08527

Social Security No.:
   xxx−xx−2722                                                    xxx−xx−2267

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        8/25/21
Time:       01:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Debtor's Attorney,

COMMISSION OR FEES
fee: $12,364.00

EXPENSES
$402.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 14, 2021
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Bruce Allen Latshaw  
Jennifer Sue Latshaw  
    Debtors

Case No. 18-24502-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 14, 2021 | Form ID: 137 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce Allen Latshaw, Jennifer Sue Latshaw, 360 Butterfly Rd, #10, Jackson, NJ 08527-5137 |
| cr | + | AMERIHOME MORTGAGE COMPANY, LLC, Phelan Hallinan &Schmieg, PC, 400 Fellowship Road, Suite 100, : Mt. Laurel, NJ 08054-3437 |
| br | + | Berkshire Hathaway & Roach, 829 West Park Avenue, Ocean, NJ 07712-7205 |
| r | + | ERA American Towne Realty, Inc., 1848 Hooper Ave, Toms River, NJ 08753-8118 |
| r | + | Nelson Realtors, 2300 Highway 33, Neptune, NJ 07753-4362 |
| app | + | Sea Girt Appraisal Services, PO Box 93, Sea Girt, NJ 08750-0093 |
| 517781379 | + | AMERIHOME MORTGAGE COMPANY, LLC, Cenlar FSB, 425 Phillips blvd, Ewing, NJ 08618-1430 |
| 517654605 | + | AmeriHome Mortgage, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 517716220 | + | Atlantic Medicine & Wellness, c/o Pressler, Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517654616 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 517654617 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 517654619 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 517693429 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 518007228 | ++++ | MIDFIRST BANK, GROSS POLOWY, LLC., 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, MidFirst Bank, Gross Polowy, LLC., 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 517654622 | + | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517654625 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517654624 | + | Santander Bank Na, Po Box 12646, Reading, PA 19612-2646 |
| 517654623 | + | Santander Bank Na, Attn: Bankruptcy, Po Box 12646, Readiing, PA 19612-2646 |
| 517957931 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517654606 | + | Email/Text: bankruptcy@savit.com | Jul 14 2021 20:36:00 | Atlantic Medicine & Wellness, c/o Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 517654608 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 14 2021 20:38:38 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517654613 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 18-24502-MBK    Doc 143    Filed 07/16/21    Entered 07/17/21 00:12:04    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: 137 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| 517903458 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 14 2021 20:36:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 517654607 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 14 2021 20:36:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 517699335 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 14 2021 20:38:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517781902 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2021 20:38:38 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517654612 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2021 20:38:45 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517654611 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2021 20:38:45 | Citibank/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517654615 | Email/Text: mrdiscen@discover.com | Jul 14 2021 20:38:39 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517667523 | Email/Text: mrdiscen@discover.com | Jul 14 2021 20:36:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517654614 | + Email/Text: mrdiscen@discover.com | Jul 14 2021 20:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517751537 | + Email/Text: bankruptcy@fult.com | Jul 14 2021 20:36:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517654618 | + Email/Text: collectionbankruptcies.bancorp@53.com | Jul 14 2021 20:36:00 | FULTON BANK OF NEW JERSEY, ONE PENN SQUARE, LANCASTER, PA 17602-2853 |
| 517654620 | + Email/Text: bankruptcy@fult.com | Jul 14 2021 20:36:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 517654621 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2021 20:36:00 | Fulton Bank Of New J, 100 Park Ave, Woodbury, NJ 08096-3513 |
| 517654609 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 14 2021 20:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517654610 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 14 2021 20:38:30 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517912779 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 14 2021 20:38:45 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517912778 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 14 2021 20:38:38 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517656504 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:45 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517654626 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517654627 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:44 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517654628 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:37 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517654629 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:29 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517654631 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:29 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| | | Jul 14 2021 20:38:36 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |

| 517654630 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:29 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517654632 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:29 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517757426 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 14 2021 20:38:45 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517912000 | + Email/Text: bankruptcydept@wyn.com | Jul 14 2021 20:36:00 | Wyndham Resort at Fairfield Glade, 109 Fairfield Blvd, Crossville, TN 38558-6414 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517654604 | ##+ | AmeriHome Mortgage, Attn: Bankruptcy, 21215 Burbank Blvd, 4th Floor, Woodland Hills, CA 91367-7091 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | on behalf of Appraiser Sea Girt Appraisal Services docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor FULTON BANK OF NEW JERSEY bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Fifth Third Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com  lnolan@grosspolowy.com |
| Robert Cameron Legg | on behalf of Debtor Bruce Allen Latshaw clegg@oliverandlegg.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 14, 2021 | Form ID: 137 | Total Noticed: 51 |

Robert Cameron Legg
    on behalf of Joint Debtor Jennifer Sue Latshaw clegg@oliverandlegg.com

Ronald S. Gellert
    on behalf of Creditor Citizens Bank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Joint Debtor Jennifer Sue Latshaw courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

William H. Oliver, Jr.
    on behalf of Debtor Bruce Allen Latshaw courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 14