|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on August 26, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112, PO Box 667<br>Neptune, NJ 07753<br>bkwoliver@aol.com<br>732-988-1500/FAX 732-775-7404 | Case No. 18-24502 |
| In re:<br><br>BRUCE ALLEN LATSHAW and<br>JENNIFER SUE LATSHAW,<br><br>              Debtors | Chapter: 13<br><br>Hearing Date: 8/25/21 @ 1:00 pm<br><br>Judge: Michael B. Kaplan |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through __2__ is hereby **ORDERED.**

**DATED: August 26, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicants have certified that legal work supplemental to basic Chapter 13 services has been rendered as follows:

| | |
|---|---|
| Miscellaneous filings with the Court | $ 1,100.00 |
| Fees and expenses regarding the sale of Debtors property located at 406 Fairfield Way, Neptune, New Jersey | $ 5,852.00 |
| Paid at the time of closing of title | ($2,500.00) |
| Fees and Expenses regarding the Motion to Sell Property and Modified Chapter 13 Plan | $ 5,814.00 |
| For a total of | $10,266.00 |

No objections having been raised, it is

**ORDERD** that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $__12,364.00____ for services rendered and expenses in the amount of  $_402_____ for a total of $__12,766.00_ ($2,500 has already been paid at closing)____. The allowance shall be payable:

_____ through the Chapter 13 plan as an administrative priority.

_XX_ outside the plan.

The debtor's monthly plan is modified to require a payment of $__-____ per month for _____ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-24502-MBK |
| Bruce Allen Latshaw | Chapter 13 |
| Jennifer Sue Latshaw | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Bruce Allen Latshaw, Jennifer Sue Latshaw, 360 Butterfly Rd, #10, Jackson, NJ 08527-5137 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | on behalf of Appraiser Sea Girt Appraisal Services docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | |

Case 18-24502-MBK    Doc 146    Filed 08/28/21    Entered 08/29/21 04:15:50    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor FULTON BANK OF NEW JERSEY bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Fifth Third Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com lnolan@grosspolowy.com |
| Robert Cameron Legg | on behalf of Joint Debtor Jennifer Sue Latshaw clegg@oliverandlegg.com |
| Robert Cameron Legg | on behalf of Debtor Bruce Allen Latshaw clegg@oliverandlegg.com |
| Ronald S. Gellert | on behalf of Creditor Citizens Bank N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Joint Debtor Jennifer Sue Latshaw courtdocs@oliverandlegg.com R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Debtor Bruce Allen Latshaw courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 14